IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

EDUARDO B RAMIREZ,

    Plaintiff,

v.                                                CASE NO. 1:08-cv-00171-MP-AK

DR LEONARD SCHLOFMAN,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 19, Report and Recommendation regarding Complaint, Doc. 1, filed by Eduardo B Ramirez. Upon review, the Magistrate Judge recommended transfer of this action to the United States District Court for the Middle District of Florida, Jacksonville Division, for all further proceedings. Plaintiff has filed a complaint against an employee at Reception Medical Center ("RMC") for deliberate indifference to his medical needs. Because RMC is located in the Middle District of Florida, as is the Defendant, the proper forum for this action is the United States District Court for the Middle District of Florida, Jacksonville Division. Plaintiff has filed no objection to this Recommendation. Therefore, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    This action is TRANSFERRED to the United States District Court for the Middle District of Florida, Jacksonville Division.

    **DONE AND ORDERED** this _3rd_ day of September, 2009



                                              Maurice M. Paul, Senior District Judge